# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LPL FINANCIAL LLC,<br><br>　　　　　　　　Appellant,<br><br>　　　v.<br><br>KRISTIE EDNA BUMSTEAD,<br><br>　　　　　　　　Appellee. | Case No. 3:24-cv-05341-BHS<br><br>Bankruptcy No. USBC24-40245<br><br>Bankruptcy Appeal No. 24-T004<br><br>**STIPULATED ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSIONS OF TIME TO FILE BRIEFS** |

　　　　COMES NOW Creditor LPL Financial, LLC ("LPL"), by and through its attorney, Britta E. Warren, and Debtor Kristie Edna Bumstead ("Debtor"), by and through her attorneys, Masafumi Iwama and Mark McClure, and hereby stipulate to this Order Granting Appellant's Unopposed Motion for Extensions of Time to File Briefs.

　　　　Therefore, pursuant to the Stipulation of the parties hereto,

. . . . .

. . . . .

. . . . .

Page 1 of 2 – **STIPULATED ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSIONS OF TIME TO FILE BRIEFS**

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

1  IT IS HEREBY ORDERED that the parties are granted extensions of time to
2  file briefs as follows:
3  Appellant's Opening Brief is now due August 28, 2024;
4  Appellee's Response Brief is now due September 30, 2024; and
5  Appellant's Reply Brief is now due October 4, 2024.
6  Dated this 1st day of August, 2024.

BENJAMIN H. SETTLE
United States District Judge

IT IS SO STIPULATED:

Dated: July 31, 2024                        Dated: July 31, 2024

s/Britta E. Warren                          s/Mark McClure

Britta E. Warren, WSBA No. 43329            Mark McClure, WSBA No. 24393
Counsel for Creditor LPL Financial LLC      Masafumi Iwama, WSBA No. 40821
britta.warren@bhlaw.com                     Counsel for Debtor
BLACK HELTERLINE LLP                        mark@mcclurelawgroup.com
805 SW Broadway, Ste. 1900                  matt@mcclurelawgroup.com
Portland, OR 97205                          LAW OFFICE OF MARK MCCLURE
Telephone: (503) 224-5560                   1103 West Meeker St, Suite 101
Facsimile: (503) 224-6148                   Kent, WA 98032
                                            Telephone: (253) 631-6484
                                            Facsimile: (253) 520-7326